1  Allison S. Wallin, Bar No. 313185
   awallin@littler.com
2  LITTLER MENDELSON P.C.
   2049 Century Park East
3  5th Floor
   Los Angeles, California  90067.3107
4  Telephone:  310.553.0308
   Fax No.:    800.715.1330
5
   ALVIN ARCEO, Bar No. 342387
6  aarceo@littler.com
   LITTLER MENDELSON, P.C.
7  333 Bush Street
   34th Floor
8  San Francisco, California  94104
   Telephone:  415.433.1940
9  Fax No.:    415.399.8490

10 Attorneys for Defendants
   CAL CARTAGE WAREHOUSING &
11 TRANSLOADING LLC, NATIONAL
   FREIGHT, INC., NATIONAL DISTRIBUTION
12 CENTERS, LLC AND NFI CALIFORNIA
   CARTAGE HOLDING COMPANY, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. MUNIZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAL CARTAGE WAREHOUSING & TRANSLOADING LLC, a limited liability company; NATIONAL FREIGHT, INC., a corporation; NATIONAL DISTRIBUTION CENTERS, LLC, a limited liability company; NFI CALIFORNIA CARTAGE HOLDING COMPANY, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07956-FLA-BFM<br><br>**ORDER** |

4854-1914-7668.2 / 045921-1055

    Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: December 14, 2023

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

4854-1914-7668.2 / 045921-1055